UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN MATTHEW FINNEGAN,<br><br>      Plaintiff,<br><br>-against-<br><br>MANHATTAN MINI STORAGE, LLC,<br><br>      Defendant. | 21-CV-7354 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued September 7, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 7, 2021
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge